[No. 36670-0-I.    Division One.    February 3, 1997.]

THE STATE OF WASHINGTON, *Petitioner*, v. BARRY B. HENTHORN, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 94-1-00051-5, Ricardo S. Martinez, J., entered May 8, 1995. *Reversed* by unpublished opinion per Moynihan, J. Pro Tem., concurred in by Coleman and Ellington, JJ. Now published at 85 Wn. App. 235.

[No. 37008-1-I.    Division One.    February 3, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. RALPH ALEXANDER YOUNG, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 94-1-08092-6, Linda Lau, J., entered June 26, 1995. *Affirmed* by unpublished opinion per Kennedy, A.C.J., concurred in by Grosse and Agid, JJ.

[No. 37027-8-I.    Division One.    February 3, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. CHARLES J. NEWMAN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 95-1-03235-1, Donald D. Haley, J., entered July 19, 1995. *Affirmed* by unpublished per curiam opinion.

[No. 37066-9-I.    Division One.    February 3, 1997.]

MARY INEZ BROOKS, *Appellant*, v. DAVID R. NANK, M.D., *Respondent*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 94-2-03744-5, Ronald L. Castleberry, J., entered July 24, 1995. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Kennedy, A.C.J., and Coleman, J.